# Office of the Traffic Compliance Administrator
## VILLAGE OF FLOSSMOOR
2800 Flossmoor Road
FLOSSMOOR, IL  60422
(708) 957-4500

8/17/2012

Ticket #: **PM01339**
Ticket Date: 03/27/2012
Total Amount Due: **$ 150.00**

*12-16170*

GLORIA BOYD
19020 HARDING AVE
FLOSSMOOR IL 60422

RE:  NOTICE OF FINAL DETERMINATION OF STANDING, PARKING OR COMPLIANCE LIABILITY

Notice is hereby given you in accordance with Section 5/11-208.3 of the Illinois Motor Vehicle Code and with ordinance 11/8/2010, of the Village of Flossmoor, that a Final Determination of Standing or Parking Violation Liability has been entered against you for the above ticket in the amount shown.

This is a debt due and owing the Village of Flossmoor.  Failure to pay the total amount immediately, may result in the Village of Flossmoor petitioning for a judgement against you in the Court of Cook County for the above amount.  If you have 10  or more unpaid fines or penalties for vehicular standing or parking violations, your driver's license may be suspended pursuant to Section 5/6-306.5 of the Illinois Motor Vehicle Code.

Payment of the debt in-full within 35 days will prevent any further collection/legal action. The defendant can appeal to the circuit court within 35 days of decision.

**Payment Options:**

**To pay your ticket(s) online, go to www.violationspayment.com**

**By Mail:**   Make checks payable to Village of Flossmoor
**In Person:** 2800 Flossmoor Road, Flossmoor, IL - 60422

Yours truly,

*K Wegman*
Traffic Compliance Administrator

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 2 2 2012
KENNETH S. GARDNER
PS REP = CA CLERK

## NON APPEAR. FOUND LIABLE

| | | | |
|---|---|---|---|
| Ticket # : PM00554 | Date : 12/15/2011 | Time : 11:20 AM | Officer # : 741 |
| Offense # : 17.006 | Offense : Village Sticker not Affixed | | |
| Location : 19020 HARDING | | | Chalk Time : |
| Plate # : 9764336    State : IL | | Plate Exp : 07/08 | Operator : N |
| Year :    Vin # : | | Permit # : | Permit Exp : |
| Make : PONTIAC    Model : GTP | | Style : 4DR    Color : GOLD | |

Amount Due : $ 150.00    Amount Paid : $ 0.00    Write Off :

Original Fine Amount : $ 50.00    Last Amount Paid :    Last Date Paid :

Name :    GLORIA BOYD    DOB :
Address :    19020 HARDING AVE FLOSSMOOR IL 60422    DL # :

Comment Date    Comment(s)    User